UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELIZABETH HAEGERT,
    Plaintiff

v.  :  Civil Action No. 3:02 CV 1724 (CFD)

SBC COMMUNICATIONS, INC., ET AL.,
    Defendants

## ORDER

On December 29, 2003, this case was reported settled. The Clerk is directed to close the case. This order is without prejudice to either party filing a motion to re-open by **January 30, 2004**.

SO ORDERED this 30th day of December 2003, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE