

UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

------------------------------------------------------------ x

SAFECO INSURANCE COMPANY OF AMERICA
and GENERAL INSURANCE COMPANY OF
AMERICA,

                              Plaintiffs,

-against-

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and JAMES
GARDELLA,

                              Defendants.

2004 JAN 28  P 1: 01

U.S. DISTRICT COURT
DOCKET NO. HARTFORD, CT.

302CV1966 AVC

January 27, 2004

------------------------------------------------------------ x

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and JAMES
GARDELLA,

                              Third-Party Plaintiffs,

-against-

ASSOCIATED INSURANCE AGENCY, INC.,
FREDERICK J. SMITH, AFNY, INC., ASSOCIATED
FACILITIES OF AMERICA LTD., MELWAIN

3:02CV1966(AVC). January 29, 2004. The motion for an extension of time (document no. 73) is GRANTED as follows: (1) <u>all</u> discovery, including depositions of <u>all</u> witnesses, shall be completed by May 1, 2004; (2) all motions, except motions <u>in limine</u> incident to a trial, shall be filed on or before June 1, 2004; (6) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on July 1, 2004; and (9) the case shall be ready for trial by August 1, 2004.

It is so ordered this 29th day of January, 2004, at Hartford, Connecticut.

                            Alfred V. Covello
                            United States District Judge