FILED

2004 JAN 29 P 12: 32

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH HAEGERT | : | CIVIL NO. 302CV1724 (CFD) |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| SBC COMMUNICATIONS, INC., ET AL | : | DECEMBER 3, 2003 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii), the Plaintiff and Defendants hereby stipulate that this matter is hereby dismissed, with prejudice, and without costs, expenses or attorneys' fees to any party.

PLAINTIFF

By: _____
Kenneth I. Friedman
Law Offices of Ken Friedman, LLC
2389 Main Street
Glastonbury, CT  06033
Telephone (860) 659-6557
Facsimile   (860) 659-1625
Federal Bar No. ct03344

ORDERED ACCORDINGLY

By: _____
Deputy Clerk